UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Related Case Memorandum – Civil Cases

To:     Chief Judge Susan J. Dlott, Judge Michael R. Barrett, Judge Timothy S. Black, Judge Sandra K. Beckwith, Judge William O. Bertelsman and Magistrate Judge Stephanie K. Bowman

Subject:     Malibu Media, LLC v Doe cases

| Case | Judge | Filed |
|---|---|---|
| 1:14-cv-364, Malibu Media, LLC v Doe | TSB | Filed 5/5/14 |
| 1:14-cv-370, Malibu Media, LLC v Doe | MRB | Filed 5/6/14 |
| 1:14-cv-371, Malibu Media, LLC v Doe | MRB | Filed 5/6/14 |
| 1:14-cv-383, Malibu Media, LLC v Doe | TSB | Filed 5/10/14 |
| 1:14-cv-384, Malibu Media, LLC v Doe | WOB | Filed 5/10/14 |
| 1:14-cv-394, Malibu Media, LLC v Doe | MRB | Filed 5/13/14 |
| 1:14-cv-402, Malibu Media, LLC v Doe | TSB | Filed 5/14/14 |
| 1:14-cv-414, Malibu Media, LLC v Doe | MRB | Filed 5/17/14 |
| 1:14-cv-415, Malibu Media, LLC v Doe | TSB | Filed 5/17/14 |
| 1:14-cv-416, Malibu Media, LLC v Doe | SJD | Filed 5/17/14 |
| 1:14-cv-417, Malibu Media, LLC v Doe | SSB/SKB | Filed 5/17/14 |

The District Judges having conferred, order that the cases are related and that the subject case should be transferred to the docket of Judge **BLACK**. The Clerk shall reassign the cases accordingly.

**IT IS SO ORDERED.**

Date: _____

Susan J. Dlott
United States District Chief Judge

Date: 5/20/14

Michael R. Barrett
United States District Judge

Date: 5/19/14

Timothy S. Black
United States District Judge

Date: 5/19/14

Sandra S. Beckwith
United States District Judge

Date: 5/20/14

William O. Bertelsman
United States District Judge